# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TERRIE SIZEMORE,

      Plaintiff,

v.                                                                               Case No:   6:24-cv-1562-WWB-LHP

JUDGE MICHAEL ORFINGER, DOUGLAS COLLINS, HOWARD TERRY CARRELL, CAROL ANN CARRELL, HOWARD TERRY CARRELL, AS CO-TRUSTEE OF THE CARRELL REVOCABLE TRUST DATED FEBRUARY 19, 1996, CAROL ANN CARRELL, AS CO-TRUSTEE OF THE CARRELL REVOCABLE TRUST DATED FEBRUARY 19, 1996 and JUDGE RANDALL H. ROWE III,

      Defendants

## ORDER

Before the Court is Defendant Judge Michael Orfinger's Motion to Dismiss, and/or for More Definite Statement (Doc. No. 13), which was directed to Plaintiff's initial complaint (Doc. No. 1).   In light of the filing of an amended complaint (Doc. No. 16), and a renewed motion to dismiss (Doc. No. 19), the initial motion to dismiss (Doc. No. 13) is **DENIED as moot**.

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on February 5, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties