**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TERRIE SIZEMORE,

   Plaintiff,

v.              Case No: 6:24-cv-1562-WWB-LHP

JUDGE MICHAEL ORFINGER, DOUGLAS COLLINS, HOWARD TERRY CARRELL, CAROL ANN CARRELL, HOWARD TERRY CARRELL, AS CO-TRUSTEE OF THE CARRELL REVOCABLE TRUST DATED FEBRUARY 19, 1996, CAROL ANN CARRELL, AS CO-TRUSTEE OF THE CARRELL REVOCABLE TRUST DATED FEBRUARY 19, 1996 and JUDGE RANDALL H. ROWE III,

   Defendants

**ORDER**

   This matter comes before the Court on Defendants' Motion to Disregard Plaintiff's Reply. Doc. No. 37; *see also* Doc. No. 34. Plaintiff has not responded to the motion, and it is therefore deemed unopposed. *See* Local Rule 3.01(c). Upon consideration, given that Plaintiff did not seek or obtain leave of Court to file the reply (Doc. No. 34), Defendant's Motion (Doc. No. 37) is **GRANTED**, and Plaintiff's reply (Doc. No. 34) is hereby **STRICKEN**. *See* Local Rule 3.01(d).

**DONE** and **ORDERED** in Orlando, Florida on February 5, 2025.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties