# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TERRIE SIZEMORE,

      Plaintiff,

v.                                                  Case No:   6:24-cv-1562-WWB-LHP

JUDGE MICHAEL ORFINGER, DOUGLAS COLLINS, HOWARD TERRY CARRELL, CAROL ANN CARRELL, HOWARD TERRY CARRELL, AS CO-TRUSTEE OF THE CARRELL REVOCABLE TRUST DATED FEBRUARY 19, 1996, CAROL ANN CARRELL, AS CO-TRUSTEE OF THE CARRELL REVOCABLE TRUST DATED FEBRUARY 19, 1996 and JUDGE RANDALL H. ROWE III,

      Defendants

## ORDER

On March 3, 2025, the undersigned issued a report and recommendation regarding disposition of four motions to dismiss filed by Defendants. Doc. No. 61. Now before the Court is Plaintiff's Request for Reconsideration, in which Plaintiff asks the Court to reconsider its March 3, 2025 "Order" pursuant to Federal Rule of Civil Procedure 59. Doc. No. 62. Plaintiff's Request for Reconsideration has been

referred to the undersigned.

Upon consideration, to the extent that Plaintiff requests reconsideration of the report and recommendation, the request (Doc. No. 62) will be **DENIED**, as the report and recommendation is not a final order, but rather a recommendation, to which Plaintiff would appropriately address objections rather than a request for reconsideration.  *See* Doc. No. 61, at 25 (citing 11 Cir. R. 3-1).  *See also Farrell v. GMAC Mortg.*, No. 2:13-cv-140-FtM-29DNF, 2014 WL 12617441, at *1 (M.D. Fla. Feb. 5, 2014) ("The Court finds that reconsideration is not the appropriate avenue to dispute the Report and Recommendation.").

It instead appears that Plaintiff wishes to file objections to the report and recommendation.  *See, e.g.*, *Burton v. United States*, No. 8:23-cv-1372-CEH-SPF, 2024 WL 4356315, at *1 (M.D. Fla. Oct. 1, 2024) (construing *pro se* motion for reconsideration as objections to report and recommendation); *Green v. Florida*, No. 3:12-cv-134-J-32MCR, 2013 WL 5567324, at *1 (M.D. Fla. Oct. 9, 2013) (same); *Williams v. Lynch*, No. 6:06-cv-1540-Orl-28KRS, 2007 WL 2330919, at *1 (M.D. Fla. Aug. 13, 2007) (same).  Accordingly, to the extent Plaintiff wishes to file objections, which would be considered by the Presiding District Judge, Plaintiff may do so within **ten (10) days** from the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on March 12, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties